568

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* DIANE SUE LAMB, Defendant-Appellee.

(No. 71-377;

Second District—July 26, 1972.

Opinion by Mr. JUSTICE GUILD.

William J. Scott, Attorney General, of Chicago, and Jack Hoogasian, State's Attorney, of Waukegan, (James B. Zagel, Assistant Attorney General, of counsel,) for the People.

Harry D. Hartel, Jr., of Mundelein, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* PHILIP B. MOORE, Defendant-Appellant.

(Nos. 71-190, 71-216 cons.;

Third District—June 30, 1972.

*Rehearing denied August 15, 1972.*